UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Miriam Crowley,<br>    Debtor. | ) Case No. 18-21291 - E - 13<br>) Docket Control No. PR-1<br>) Document No. 18<br>) Date: 05/22/2018<br>) Time: 2:00 PM<br>) DEPT: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

    The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

    **IT IS ORDERED** that Motion to Confirm the Plan is denied and the proposed Chapter 13 Plan is not confirmed.

Dated: May 23, 2018

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court